# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES R.  MUNSON, JR.                                                    PETITIONER
ADC #112106

V.                                    NO. 5:04CV00443 JMM

LARRY NORRIS, Director,                                                  RESPONDENT
Arkansas Department of Correction


## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with

prejudice.

IT IS SO ORDERED this _____27_____ day of _December, 2005._


UNITED STATES DISTRICT JUDGE